# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| JAMES EDWARD SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 7:14-cv-00693-LSC-SGC |
| ) | |
| ROBERT BENTLEY, et. al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 13, 2015, the magistrate judge filed a report, recommending that the plaintiff's requests for preliminary injunctive relief (Doc. 1 at 8 & Doc. 8) be denied. (Doc. 11). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and her recommendation is **ACCEPTED**. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's requests for preliminary injunctive relief (Doc. 1 at 8 & Doc. 8) are **DENIED**. This case is **REFERRED** to the magistrate judge for further proceedings.

Done this 9th day of February 2015.

L. Scott Coogler
United States District Judge

[160704]