UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES EDWARD SPENCER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT BENTLEY, et al., )<br>)<br>Defendants. ) | Case No. 7:14-cv-00693-LSC-SGC |

### MEMORANDUM OPINION

The magistrate judge filed a report on November 3, 2015, recommending that the plaintiff's federal constitutional and statutory claims against the defendants be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), and that jurisdiction over the plaintiff's Alabama constitutional claim be **DECLINED**. (Doc. 24). The magistrate judge further recommended that the plaintiff's Motion for Judgment (Doc. 17) be **DENIED**. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1) and/or (2), the plaintiff's federal

constitutional and federal statutory claims against the defendants are due to be dismissed, jurisdiction over his Alabama constitutional claim is due to be declined, and his Motion for Judgment is due to be denied.

A final judgment will be entered.

**DONE** AND **ORDERED** ON DECEMBER 2, 2015.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704